834

No. 308. KELLEY, GLOVER & VALE, INC., TRUSTEE, *v.* COFFING, TRUSTEE, ET AL. C. A. 7th Cir. Certiorari denied. *Jay E. Darlington* for petitioner. *Albert H. Gavit* for Coffing, respondent.

No. 310. ALABAMA MILLS, INC., ET AL. *v.* MITCHELL, SECRETARY OF LABOR, ET AL. United States Court of Appeals for the District of Columbia Circuit. Certiorari denied. *Llewellyn C. Thomas* and *Whiteford S. Blakeney* for petitioners. *Solicitor General Rankin, Assistant Attorney General Doub, Paul A. Sweeney, Stuart Rothman* and *Bessie Margolin* for the Secretary of Labor, and *Arthur J. Goldberg, David E. Feller* and *Benjamin Wyle* for the Textile Workers Union of America, respondents.

No. 313. BINION *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied. *Jacob Kossman* for petitioner. *Solicitor General Rankin* and *Assistant Attorney General Rice* for the United States.

No. 314. ROTONDO *v.* ISTHMIAN STEAMSHIP Co., INC. C. A. 2d Cir. Certiorari denied. *Thomas O'Rourke Gallagher* for petitioner. *Paul A. Crouch* for respondent.

No. 315. KASPER *v.* BRITTAIN ET AL. C. A. 6th Cir. Certiorari denied. *J. Benjamin Simmons* and *Herbert S. Ward* for petitioner. *Solicitor General Rankin, Assistant Attorney General Doub* and *Samuel D. Slade* for respondents.

No. 317. ESSO STANDARD OIL Co. *v.* SECATORE'S, INC. C. A. 1st Cir. Certiorari denied. *Robert W. Meserve* for petitioner. *Joseph Auerbach* for respondent.